**In the United States District Court of Rhode Island, At Providence**
**One Exchange Terrace**
**Federal Building and Courthouse**
**Providence, RI 02903**
**Attention: Paula Pletcher**

| | |
|---|---|
| **AMANDA U. AJULUCHUKU,**<br>**Plaintiff,**<br>**Vs.**<br>**ACCOUNTEMPS OF ROBERT HALF**<br>**Defendant.** | **CASE NO.**<br>**<u>COMPLAINT</u>**<br>**EMPLOYMENT DISCRIMINATION, INCLUDING PERSONAL INJURY, SLANDER, AND LIBEL** |

**Amanda U. Ajuluchuku**
**P.O. Box 534**
**Seattle, WA 98111**
**Phone (206) 228-8852**

***This letter is being sent via first class us mail***

**November 22, 2004**

**Accountemps of Robert Half International**
**275 Promenade Street**
**Providence, RI 02908**
**Phone (410) 274-8700**
**Attention: Human Resources/Legal Department**

1

## B). FACTS OF THE CASE (ALLEGATIONS)

**1). In October 2003, Carmine Larocca of AccountempsProvidence intentionally discriminated against me. He yelled, "I refuse to work with you because of what happened in Washington, DC. We have jobs. But I will not assign you to any of them. You disobeyed instructions."**

**2). In June 2003, I moved to North Dartmouth, Massachusetts to attend MBA/Graduate Certificate of Management at University of Massachusetts. I was a straight A student in two of my classes (Marketing and Financial Accounting-Full-time). The two classes met once a week. The Marketing class met on Tuesdays from 6:30 P:M till 9:30 P:M while the Financial Accounting met on Wednesdays from 6:30 P:M till 9:30 P:M. All graduate students were expected to work during the day. But AccountempsProvidence refused to assign me.**

**3). The City of Providence is much closer to Boston from North Dartmouth. It takes only forty-five minutes to commute to Providence from North Dartmouth as opposed to seventy-five minutes to Boston. When I lived in Gaithersburg, Maryland, I worked with AccountempsWashington, DC. It took ninety minutes to commute to Washington, DC via metro and bus. Many people in Virginia and Maryland commute up to ninety minutes daily to Washington, DC. Many of the jobs, especially government are located in the DC area. Many of the accounting jobs are also in Providence and Boston. Accountemps has neither an office in New Bedford nor North Dartmouth, Massachusetts.**

**4). I tried to explain to Carmine what had transpired in Washington, DC. I told him that Bruce of AccountempsWashington, DC unceremoniously fired me when I returned the floppy disk to the company that I was assigned to work for four months. On the fourth day of the assignment, an Accountemps representative left a voicemail message on the voicemail of my common-law husband. The caller told me not to report to work. When I returned home from work around 7:00 P:M, my common-law husband gave me the message. I did not listen to it. He had erased it. I was not sure if it was an Accountemps representative who had called. It sounded more like a prank call. I was told that the assignment would last four months. Not four days.**

**5). Sheree of the non-profit organization (the company in question) was willing to stay for two weeks to show me the workings of the company. On the first day, I embarked on a project consisting of payroll data. Sheree told me to save the confidential files on a floppy disk. She asked that I turn in the floppy disk at the completion of the assignment. Since there was no lock in my office, I took the floppy disk home.**

**6). On the third day, Sheree wanted to know if I were affiliated with any organization. I answered that "my common-law husband and I were busy raising my son. Our family is our organization."**

**7). When I returned home from work on the third day, my common-law husband told me that AccountempsWashingtonDC had left a message on our voicemail ordering me not to go to work the following day because the job had ended. I did not listen to the message. My common-law- husband had erased it. Nonetheless, I telephoned AccountempsWashingtonDC and left a message. It was after hours. There was no one. I told them that I would be returning the floppy diskette tomorrow morning. I also said that I would be returning to retrieve my food from the refrigerator**

AMANDA U. AJULUCHUKU
P.O. BOX 534
SEATTLE, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM

***and extra pair of shoes from my office.***

**8). I have worked for Accountemps for a long time. It is unprofessional to say the least, for Accountemps or any employer to terminate any employee in this manner. I was not even sure if AccountempsWashingtonDC had actually called. It could have been a prank call.**

**9). As soon as I reported to work at 8:00 A:M, I telephoned AccountempsWashingtonDC to inquire if they had actually called. Bruce answered the phone. He yelled, "You are fired. You disobeyed instructions. You were told not to report to work. But you disobeyed orders. You are fired."**

**10). Carmine's yelling also increased the intensity of my disability. I fell several times. He hung up on me without lifting a finger to help me. He did not inquire if I was all right.**

**10. Moving around and yelling increases the intensity of my disability. When I was a baby, I fell down a flight of stairs. I injured my brain. As a consequence, I lack motor skills. Playing the piano at the age of six rewired my brain and accorded me minimal skills. I have recurring short-term memory loss, dizziness, fainting spells, and cold chills. I have a record of disability with my long time doctor, Dr. Mark Schwartz (1993-1999). I received disability benefits from the State of California and Provident Life Insurance for severe dizzy spells, loss of balance, and memory problems. The State of California issued me a permanent disability placard for driving. I tend to excel in advanced projects as opposed to basic ones. Driving, yelling, pressure, and noise intensifies my disability.**

**11. I tried to tell Bruce that I did not listen to the voicemail. I also tried to tell him that I had to return the floppy disk, collect my food from the refrigerator, and shoes. But he hung on me.**

**12. Afterwards, I returned the diskette to Sheree, collected my food, and shoes. The following day, I went to the State of Virginia to conduct an investigation. Bruce of the State of Virginia handled the investigation. But I dropped it because my minor son was receiving threats. In September 2001, my son was severely punched on the forehead by a grown man. I had to rush him to Georgetown Hospital in Washington, DC. He received stitches above one of his eyes. He has a permanent scar in the area.**

**13). I did not realize that as a disabled person, I did not have to conduct an investigation. According to the American Disability ACT, USC 42 $$ 12101 et seq. under the employment clause, a disabled person does not require the right to sue.**

**14). In December 2003, I moved to Boston. I telephoned AccountempsBoston and AccountempsCambridge. Both agencies were willing to assign me to a job. They told me that they would work with me despite the report from Washington, DC. They said that they were expecting jobs in about a month. I was homeless, sick, and cold. I vomited at South Station and Logan International airport. My blood pressure rose to alarming heights. I took refuge in some hotels, South Station, and Logan International. Boston is a very cold city.**

**15). In December 2003, I met my fiancé. He was in Boston to visit his ailing mother. He fell madly in love with me. On January 7, 2004, he flew me from Boston Logan International airport to Washington for marriage.**

**16). In February 2004, AccountempsBoston sent me a job description via e-mail. I**

AMANDA U. AJULUCHUKU
P.O. BOX 534
SEATTLE, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM

**quickly informed them about my fiancé and Washington State permanent residency. I also told them that I had registered with AccountempsSeattle.**

**17). I would like to use the proceeds of this lawsuit to help under-privileged children globally, pay for law school, and my son's education. When I left Massachusetts in January 2004, I donated many of my belongings to the under-privileged children in New Bedford, Massachusetts. I have been target for no apparent reason. I would like to think it is because of my desire to help the under-privileged children. I feel their pains and sufferings. I am one of them.**

## C). PRAYER FOR RELIEF

**I would like the court to do something. Please do not condone the discrimination of Carmine of AccountempsProvidence. He refused to assign me to the accounting jobs in Providence, Rhode Island. In doing so, Carmine discriminated against me. He also yelled at me. Carmine is aware of my disability. The yelling increased the intensity of my disability. Accountemps has launched discriminatory practices nationwide. Your honor, they will not stop victimizing me until you order them to stop. According to the Civil Rights Act 1964, USC 42 $$ 2000, AccountempsProvidence is also liable. Finally, according to the American Disability Act, USC 42 $$ 12101 et seq., AccountempsWashingtonDC is liable. My emotional distress includes short-term memory loss, disappointment, anger, anxiety, dizziness, cold chills, headaches, embarrassment, humiliation, furor, fright, homelessness, high blood pressure, and fainting spells. Please do not allow the likes of Carmine Larocco bring down America. As a disabled person, I have rights too. "America is a free country for all" (President Jefferson, 1776). I have never met Carmine Larocca. I am not sure about the color of his skin. "I believe that someday, we will be judged not by the color of our skin but by the content of our character" (Dr. King, 1968). America is a great country because of the diversity of her people. As a disabled person, I also have a voice. I pray that my voice will be heard today. I have been singled out for a reason. I would like to think it is because I have the capacity to speak on behalf of all disabled persons. Hundred years from now, I pray that America would lead the world in shaping the minds of wrongdoers. We as a nation have the capability to rise above evil, stereotypes, and hate crimes. In doing so, we have come to do what God has put on earth to do. Honesty is the best policy. I have told the truth. I know that when I leave this earth, my conscience will be clear. Please remember "America is a free country for all" (President Jefferson, 1776). "I have a dream that one day everyone will be judged by the content of their character and not by the color of their skin" (Dr. Martin Luther King Jr. 1968). On a final note, <u>your honor, since the torts did occur, you must concur.</u>**

**Your honor, granting me $1,000,000,000.00 (one billion dollars) for compensatory and punitive damages is a matter of law.**

**Amanda U. Ajuluchuku (Pro Se)**

AMANDA U. AJULUCHUKU
P.O. BOX 534
SEATTLE, WA 98111
AMANDAAJULUCHUKU@YAHOO.COM