# UNITED STATES DISTRICT COURT

~~WESTERN DISTRICT OF WASHINGTON~~ OF RHODE ISLAND

Afuluchukwu, Amanda
NO.

Plaintiff/Petitioner

vs.

[illegible]

Defendant(s)/Respondent(s)

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

I, Amanda A Afuluchukwu, declare I am the plaintiff/petitioner in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or five security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present are *briefly* stated as follows:

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

☐ Yes ▶ State the amount of your salary or wages per month, and give the name and address of your employer (list both gross and net salary):

☒ No ▶ State the date of last employment and the amount of the salary and wages per month which you received:

2. In the past twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☒ Yes | ☐ No |

**Referred to U.S.M.J.** Almond
☐ **for findings & recommendations**
☑ **for determination**
☐ [illegible signature]
**Ernest C. Torres, Chief Judge**
**Date:** 12/13/04

If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months:

Unemployment benefits 864.00
Temporary Work 400.00
1264.00

I earned $1264.00 in the past twelve months

(2)

**COMPLETE REVERSE SIDE OF FORM ☞**

UNITED STATES DISTRICT COURT
~~WESTERN DISTRICT OF WASHINGTON~~
Of Rhode Island

Ajuluchuku, Amanda
Plaintiff,

v.

Accountemps of Robert Half
Defendant(s).

WRITTEN CONSENT FOR PAYMENT OF COSTS FROM ANY RECOVERY UNDER LOCAL RULE CR 3(b)

I, Amanda Ajuluchuku, hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

DATED this 30, day of November, ~~199~~ 2004

Signature of Plaintiff

FILED
2004 DEC -3 P 4: 22
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

3. Do you own any cash, or do you have money in checking or savings accounts?

☐ Yes ▶ State the total value of each item (Include prison account funds):

☒ No

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

☐ Yes ▶ Describe the property and state its approximate value:

☒ No

5. Are any persons dependent upon you for support? My son He lives in Maryland

☒ Yes ▶ State your relationship to those persons, and indicate how much you contribute toward their support:

☐ No

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: 11/30/04 ______________________
DATE SIGNATURE OF APPLICANT

**CERTIFICATION**
**(FOR PRISONER APPLICANTS ONLY)**

**Have the institution fill out the Certification portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.**

I certify that the applicant named herein has the sum of $______________ on account to his/her credit at (name of institution ______________________________.

______________ ______________________________

**ORDER OF COURT**

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge Date | United States Judge or Magistrate Judge Date |