UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

AMANDA U. AJULUCHUKU

v. CA No. 04-510

ACCOUNTEMPS OF ROBERT HALF
INTERNATIONAL

**ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS**

The plaintiff's motion to proceed in forma pauperis is DENIED on the ground that for reasons stated in the Magistrate Judge's Report and Recommendation dated December 21, 2004, the complaint is frivolous because it fails to state a claim and, at best, it is premature.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: Jan. 15, 2005